1

Manatt, Phelps & Phillips, LLP
CHRISTINE M. REILLY (Bar No. CA 226388)
E-mail:  CReilly@manatt.com
KRISTIN HAULE (Bar No. CA 312139)
E-mail:  KHaule@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

2

3

4

5

6

*Attorneys for Defendants*
Accredited Debt Relief, LLC and Beyond Finance, Inc.

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11

Stanley Jones, individually and on behalf of all others similarly situated,

12

Plaintiff,

13

vs.

14

Accredited Debt Relief, LLC, a California limited liability company; Beyond Finance, Inc., a Delaware corporation,

15

16

17

Defendants.

18

19

20

21

22

23

24

25

26

27

28

Case No.  19-cv-02144-GPC-MDD
CLASS ACTION
JURY TRIAL DEMANDED

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Filed concurrently with:[Proposed] Order

1    Plaintiff Stanley Jones ("Plaintiff") and Defendants Accredited Debt Relief
2  and Beyond Finance, Inc. ("Defendants") (collectively, the "Parties") respectfully
3  move, pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 12.1, for
4  a 30-day extension of time for Defendants to respond to Plaintiff's Class Action
5  Complaint in the above-captioned matter.  The Parties declare in support of this
6  joint motion:
7    WHEREAS, Plaintiff filed his Complaint on November 7, 2019.  *See* Dkt.
8  No. 1;
9    WHEREAS, on December 2, 2019, Plaintiff sent Defendants waivers of
10  service, which Defendants returned, fully executed.  *See* Dkt. Nos. 3, 4;
11    WHEREAS, pursuant to Fed. R. Civ. P. 4(d) and 12, Defendants' original
12  deadline to respond to the Complaint is January 31, 2020;
13    WHEREAS, no hearings, conferences, or other matters have yet been set on
14  the calendar for this case;
15    WHEREAS, the Parties have agreed to an extension of time of thirty (30)
16  days for Defendants to serve and file its response to the Complaint, extending
17  Defendants' response date to March 2, 2020[1];
18    WHEREAS, this is the first extension the Parties have sought in this case;
19    WHEREAS, good cause exists to extend the deadline for Defendants to
20  respond to the Complaint because the current counsel of record for Defendants, Ms.
21  Emily Speier, unexpectedly had to take an early maternity leave and the new
22  counsel who will be primarily responsible for handling the matter for Defendants
23  has a pre-planned vacation and is unavailable on the current deadline;
24    WHEREAS, the requested extension will promote efficiency because it will
25  enable the Parties to complete a thorough factual investigation, discuss a possible
26  early extra-judicial resolution of the dispute without incurring legal expenses,
27
28

---

[1] By operation of Fed. R. Civ. P. Rule 6(a), because 30 days from January 31, 2020 falls on Sunday, March 1, Beyond Finance's deadline to respond to the Complaint would be Monday, March 2, 2020.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT,
CASE NO. 19-CV-02144-GPC-MDD

325729023.1

1   including those necessary for preparing a responsive pleading, and to prepare a
2   responsive pleading as necessary;
3        WHEREAS, the Parties do not seek the requested extension for purpose of
4   delay, but rather to formulate a sufficient responsive pleading after thoroughly
5   investigating and discussing a potential early resolution of the dispute.
6        THEREFORE, the Parties hereby stipulate and jointly move the Court for an
7   order granting the parties' joint motion and extending the deadline for Beyond
8   Finance to respond to the Complaint by 30 days, up to and including March 2,
9   2020.
10
11  Dated: January 22, 2020          MANATT, PHELPS & PHILLIPS, LLP
                                     Christine M. Reilly
12
13                                   By: _s/ Kristin E. Haule_____
                                         Christine M. Reilly
14                                       Kristin E. Haule
                                         *Attorneys for Defendants*
15                                       ACCREDITED DEBT RELIEF, LLC
                                         AND BEYOND FINANCE, INC.
16
17  Dated: January 22, 2020          LAW OFFICE OF AMANDA F. BENEDICT
                                     Amanda F. Benedict
18
19
20                                   By: _s/ Amanda F. Benedict_____
                                         Amanda F. Benedict
21                                       *Attorney for Plaintiff*
                                         STANLEY JONES
22
23               **<u>SIGNATURE ATTESTATION</u>**
24        Pursuant to Local Rule 5.4 and Rule (f)(4) of the Electronic Case Filing
25  Administrative Policies and Procedures Manual, I hereby attest that all other
26  signatories listed, and on whose behalf this filing is submitted, concur in the filing's
27  content and have authorized the filing.
28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

JOINT MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT,
CASE NO. 19-CV-02144-GPC-MDD

325729023.1

1

2    Dated: January 22, 2020          MANATT, PHELPS & PHILLIPS, LLP

3

4                                     By: s/ *Kristin E. Haule*
                                      Christine M. Reilly
5                                     Kristin E. Haule
                                      *Attorney for Defendants*
6                                     Accredited Debt Relief, LLC and Beyond
                                      Finance, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

4

JOINT MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT,
CASE NO. 19-CV-02144-GPC-MDD

325729023.1