Amanda Benedict (CA Bar No. 200291)
Law Office of Amanda Benedict
7710 Hazard Center Drive, Ste E104
San Diego, CA 92108
Telephone: (760) 822-1911
amanda@amandabenedict.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STANLEY JONES,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**ACCREDITED DEBT RELIEF, LLC,** a California limited liability company, and **BEYOND FINANCE, INC.,** a Delaware corporation,<br><br>*Defendants.* | Case No. 3:19-cv-02144-GPC-MDD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

 PLEASE TAKE NOTICE that Plaintiff Stanley Jones ("Jones" or "Plaintiff") dismisses this lawsuit against Defendants Accredited Debt Relief, LLC and Beyond Finance, Inc. (collectively "Defendants") without prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

    (ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

In this case, Defendants have neither answered Plaintiff's Complaint nor served a motion for summary judgment. In addition, no class has been certified in this matter so Rule 23's exceptions do not apply. Likewise, this case does not involve any Receiver so as to implicate Rule 66.

Accordingly, Plaintiff hereby dismisses these proceedings in accordance with Rule 41(a)(1)(i) without prejudice.

Respectfully Submitted,

**STANLEY JONES**, individually and on behalf of those similarly situated individuals

Dated: April 1, 2020

By: \_\_\_/s/ *Amanda Benedict*_____
One of Plaintiff's Attorneys

Amanda Benedict
Law Office of Amanda Benedict
7710 Hazard Center Drive, Ste E104
San Diego, CA 92108
Telephone: (760) 822-1911